JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Phillip Walker,<br><br>        Plaintiff,<br><br>  v.<br><br>Inglewood Center, an entity of unknown form; and Does 1-10,<br><br>        Defendants. | Case No.: 2:20-cv-11037-DOC-(KSx)<br><br>*Hon. David O. Carter*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE   [15]**<br><br>Action Filed:  December 4, 2020 Trial Date:    Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Phillip Walker's action against Defendant Inglewood Center is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: April 30, 2021

Hon. David O. Carter
United States District Judge